```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MICHAEL DAVES,
                                            ORDER ADOPTING REPORT
                    Plaintiff,             AND RECOMMENDATION
                                            07-CV-5049 (JS)(ARL)
        -against-

NASSAU COUNTY, CHARLES DECARO, and
JANE DOE #1

                    Defendants.
----------------------------------------X
```

APPEARANCES:
For Plaintiff:      Michael Daves, Pro Se
                    07 A 1467
                    Great Meadow Correctional Facility
                    Box 51
                    Comstack, NY 12821

For Defendants:     Karen Schmidt, Esq.
                    Heidell Pittoni Murphy & Bach LLP
                    1050 Franklin Avenue
                    Garden City, NY 11501

SEYBERT, District Judge:

Magistrate Judge Arlene R. Lindsay issued a Report and Recommendation ("R&R") on December 7, 2009.  As part of the R&R, Judge Lindsay provided that any objections were to be filed with the Clerk of the Court within fourteen days of service of the R&R.  The time for filing objections has expired, and no party has objected.  Accordingly, all objections are hereby deemed to have been waived.

Upon careful review and consideration, the Court ADOPTS the R&R in its entirety.  Accordingly, Plaintiff's case is DISMISSED with prejudice for failure to prosecute.  The Clerk of the Court is directed to mark this matter CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   December 29, 2009
         Central Islip, New York